AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

ROSELYN JOHNSON

v.

CATHOLIC CHARITIES COMMUNITY SRVCS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6718**

TO: (Name and address of Defendant)

PIUS XII YOUTH AND FAMILY SERVICES, INC.
888 Bellvue Lakes Rd.
Warwick, NY 10990

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JEFF L. GREENUP, ESQ. AND ROBERT L. LOWE, ESQ.
205 WEST 137TH ST. GR. FL.
NEW YORK, NEW YORK 10030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               JUL 2 6 2007

CLERK /s/ Marcos Quintero                        DATE

(By) DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 09/26/2007 @ 1:12pm |
| NAME OF SERVER (PRINT)<br>Robert L. Lowe | TITLE<br>Attorney |
| Check one box below to indicate appropriate method of service | |

___ Served personally upon the defendant. Place where served:


___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

Returned unexecuted:


**X** Other (specify): Service was directed to be made pursuant to: SECTION 306 OF THE NOT-FOR-PROFIT LAW on PIUS XII YOUTH AND FAMILY SERVICES, INC. by Carol Vogt for the Secretary of State.


STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $40.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ 10.09.2007
           Date

Signature of Server: ROBERT L. LOWE (RL1987)


Address of Server: 205 West 137ᵗʰ St, Gr. Fl., NY. NY. 10030