OCT. 19. 2007 11:27AM  2128622664        JEFF L GREENUP ESQ            NO. 0051    PAGE 02/02
OCT. 18. 2007 11:08AM                                                 NO. 0051   P. 2/2



UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

ROSELYN JOHNSON,

            Plaintiff,

- against -

CATHOLIC CHARITIES COMMUNITY SERVICES, ARCHDIOCESE OF NEW YORK, (Individually and As Successor), PIUS XII-YOUTH AND FAMILY SERVICES, JOHN MANCUSO (Individually and As Agent of Employers), EVE KAGLE (Individually and As Agent of Employers), COLIN JARVIS (Individually and As Agent of Employers), PATRICE BEY (Individually and As Agent of Employers), and "JANE DOE" and "JOHN DOE" (Individually and As Agent of Employers), being any persons unknown,

           Defendants.

Case No. 07 civ 6718 (RJH)

STIPULATION ADJOURNING ANSWER RETURN DATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties herein, that defendants will have until November 14, 2007 to respond to the plaintiff's complaint.

**IT IS FURTHER STIPULATED AND AGREED** that, for the purposes of this stipulation, facsimile signatures shall be deemed original signatures.

Dated: Hawthorne, New York
       October 18, 2007

Robert L. Lowe, Esq. (RL1987)
Jeff L. Greenup, Esq.
*Attorneys for Plaintiff*
205 West 137th Street
New York, New York 10030
(212) 862-8700
FAX (212) 862-2664

_____ (VR1790)
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Jonathan R. Harwood (JH9060)
*Attorneys for Defendants.*
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
FAX (914) 347-8898

**SO ORDERED**

Dated: New York, New York
       2nd day of October, 2007

_____
Richard J. Holwell
United States District Judge