## ATTORNEY AFFIRMATION

      VERONICA L. REED hereby affirms the following under penalties of perjury:

      That she is an attorney and counselor-at-law admitted to practice in the Courts of this State and that on the 14 day of November, 2007 affirmant served the within ANSWER upon the attorneys whose names and addresses are set forth below, by the **electronic case filing system**.

TO:    Robert L. Lowe, Esq. (RL1987)
          Jeff L. Greenup, Esq.
          205 West 137th Street
          New York, New York 10030
          (212) 862-8700
          *Attorneys for Plaintiff*

Dated:  Hawthorne, New York
          November 14, 2007

                                                                 s/
                                                                  VERONICA L. REED (VR 1790)