UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSELYN JOHNSON,

                      Plaintiff,

               v.

CATHOLIC CHARITIES COMMUNITY SERVICES, ARCHDIOCESE OF NEW YORK, (Individually and As Successor) PIUS XII-YOUTH AND FAMILY SERVICES, JOHN MANCUSO (Individually and As Agent of Employers), EVE KAGLE (Individually and As Agent of Employers), COLIN JARVIS (Individually and As Agent of Employers), PATRICE BEY (Individually and As Agent of Employers), and "JANE DOE" and "JOHN DOE" (Individually and As Agent of Employers), being any persons unknown,

                      Defendants.
------------------------------------------------------------------X

**Case No. 07 civ 6718 (RJH)**

**DEFENDANTS' NOTICE OF DEPOSITION**

      PLEASE TAKE NOTICE, the pursuant to Fed. R. Civ. P. 30, defendants, Catholic Charities Community Services ("Catholic Charities"), Archdiocese of New York, Pius XII - Youth and Family Services ("Pius"), John Mancuso, Eve Kagle, Colin Jarvis, and Patrice Bey, by their attorneys, Traub Lieberman Straus & Shrewsberry LLP, will take the deposition upon oral examination of plaintiff Roselyn Johnson, before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, on February 13, 2008, at 10:00 am, at Traub Lieberman Straus & Shrewsberry, LLP, Seven Skyline Drive, Hawthorne, New York, 10532, or an alternative location agreed upon by the parties.

      Said plaintiff is required to produce at the deposition any and all papers, documents, records, memoranda, correspondence, bills, statements, transcripts, tapes and any other materials relevant to

the claims in plaintiff's complaint.

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. P. 30(b)(2), this deposition may be videotaped.

Dated: Hawthorne, New York
November 14, 2007

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: /s/ Veronica Reed
Jonathan R. Harwood (JH 9060)
Veronica L. Reed (VR 1790)
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
*Attorneys for Defendants*
*Catholic Charities Community Services, Archdiocese of New York, Pius XII - Youth and Family Services, John Mancuso, Eve Kagle, Colin Jarvis, and Patrice Bey*

To: Robert L. Lowe, Esq. (RL1987)
Jeff L. Greenup, Esq.
205 West 137th Street
New York, New York 10030
(212) 862-8700
*Attorneys for Plaintiff*