*Jeff L. Greenup, Esq.*
*Attorney At Law*

*Of Counsel*
*Robert L. Lowe, Esq.*



*205 West 137th Street*
*New York, New York 10030*

*(212)862-8700(Office)*
*(212)862-2664(Fax)*

*November 10, 2007*

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

**VIA FAX: 212.805.7948**

Veronica Reed, Esq.
Traub Lieberman Straus & Shrewsberry, LLP
Jonathan R. Harwood
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

**VIA FAX: 914.347.8898**

**RE: Johnson v. Catholic Charities, et al. Index No.: 2007 Civ. 6718**
**(RJH) Scheduling Conference: November 16, 2007**

Dear Judge Holwell:

I filed the above action on behalf of the Plaintiff Roselyn Johnson and am now writing to request an adjournment of the Initial Scheduling Conference: November 16, 2007, in light of stipulated extension of time to November 14, 2007 for defendants Catholic Charities and PIUS XII to answer complaint and non-appearance of individual defendants at this time.

November 16, 2007, is the original date of the Initial Scheduling conference. One previous request was made by defendants Catholic Charities, PIUS XII and their Agents for an

1

extension of time to answer on consent of the respective parties. The Stipulation was "So Ordered" on October 24th, 2007. Both Plaintiff and Defendant will consent to an adjournment date of January **25**d to prepare a proposed Scheduling order.

Sincerely,

Robert L. Lowe

Conference adjourned to February 08, 2008 at 10:30am. The parties shall submit a proposed scheduling order by Jan. 25, 2008. If it is acceptable to the Court, the February conference will be cancelled.

SO ORDERED

USDJ

11/15/07

2