| | | |
|---|---|---|
| STATE OF NEW YORK | COUNTY | U. S. DISTRICT COURT |
| DOCUMENTS SERVED WITH INDEX # 07 CIV 6718   AND FILED ON July 26, 2007 | | Southern District |
| ATTORNEY(S) | | |

Roselyn Johnson

*Plaintiff(s)/Petitioner(s)*

vs

Catholic Charities Community Services, Archdiocese of New York, et al

*Defendant(s)/Respondent(s)*

County of **Onondaga**, State of **NY**, I, **Norman H. Laquidari** being duly sworn deposes and says:

Deponent is not a party herein, and is over 18 years of age.

On **November 8, 2007** at **2:04 P** M.,

at **City Hall, 233 E. Washington St., Suite 312, Syracuse, N.Y. 13202**

deponent served the within Summons in a Civil Action, *Instructions for filing Electronic Case*
Complaint and Demand for Jury Trial
*Judges Rules, Initial Scheduling Conference Notice & Order*

ON: **Patrice Bey, Defendant** (herein called recipient) therein named

**INDIVIDUAL** [X]   by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ]   A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** [ ]   by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]   by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____

**MAILING COPY** [ ]   Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at:_____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____.
[ ] The mailing was made by certified mail (Receipt No._____) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**DESCRIPTION** [X]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **F**   Color of skin **Black**   Color of hair **Blk/Brwn.**   Approx. Age **35/45**   Approx. Height **5'6"**
Approx. weight **135**   Other _____

**WITNESS FEES** [ ]   $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]   Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [X]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this **16th** day of **November 2007**

_____
Print Name Below Signature
**Norman H. Laquidari**

Invoice•Work Order # **0701940**