

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROSELYN JOHNSON,
        Plaintiff(s),

      -against-
CATHOLIC CHARITIES COMMUNITY SRVCS.,
        Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

Index No. 07 CIV 6718(RHH)

AFFIDAVIT OF SERVICE

       NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 14th day of November 2007, at approximately 8:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, CRITICAL INSTRUCTIONS TO ATTORNEYS, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL, INITIAL SCHEDULING CONFERENCE NOTICE AND ORDER** upon Eve Kagle at 83-43 118th Street, Apt. 2L, Kew Gardens, NY 11415, by personally delivering and leaving the same with Eve Kagle at that address. At the time of service, deponent asked Eve Kagle whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Eve Kagle is a white female, approximately 63 years of age, stands approximately 5 feet 3 inches tall and weighs approximately 140 pounds with short gray hair and brown eyes wearing glasses.

NELSON CARVAJAL #965441

Sworn to before me this
16th day of November, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com