

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

```
                              Index No.: 07CIV6718
                              Date Purchased:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROSELYN JOHNSON,

      Plaintiff/Petitioner      AFFIDAVIT OF SERVICE

    -against-

CATHOLIC CHARITIES COMMUNITY
SERVICES, et al.,

    Defendant/Respondent
------------------------------------X

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on **11/09/07** at **6:50 AM**, at **FIVE MOHICAN ROAD, NEWBURGH, NY, 12550** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT AND DEMAND FOR JURY TRIAL** on **COLIN JARVIS** DEFENDANT therein named,

Individual by delivering a true copy of each to said DEFENDANT personally; deponent knew the person so served to be the person described as said DEFENDANT therein. At the time of service, deponent asked whether DEFENDANT is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

Description Skin: **BLACK**  Sex: **MALE**  Hair: **BLACK**
Weight: **235** Height: **6'2**  Age: **56** Other Identifying Features: **GLASSES**

Sworn to before me this
14th. day of November 2007

_____     _____
Heather Lee Lawson           DAVID J. DUCKWITZ
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com