UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROSELYN JOHNSON,
          Plaintiff(s),                            Index No. 07 CIV. 6718

    -against-                               AFFIDAVIT OF SERVICE
CATHOLIC CHARITIES COMMUNITY
SERVICES, et al.,
          Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                       S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 7th day of November 2007, at approximately 1:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, CRITICAL INSTRUCTIONS TO ATTORNEYS, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL** upon John Mancuso at Manhattan Comprehensive Night & Day High School at 240 Second Avenue, New York, NY 10003, by personally delivering and leaving the same with John Mancuso at that address. At the time of service, deponent asked John Mancuso whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      John Mancuso is a white male, approximately 50 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 150 pounds with gray hair and light eyes.

_[signature]_
HECTOR FIGUEROA #870141

Sworn to before me this
9th day of November, 2007

_[signature]_
NOTARY PUBLIC

                                                                                                 _[notary stamp]_
                                                                                                 T. RIPPS
                                                               Notary Public of New York
                                                                      No. 5109718
                                                            Qualified in Richmond Co.
                                                             Commission Expires May 17, 2008