UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ROSELYN JOHNSON,

                Plaintiff,

    -against-

CATHOLIC CHARITIES TEMPLE CHURCH,

                Defendant.

------------------------------------------------------------x

07 Civ. 06718 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08

        The pre-trial conference scheduled for January 25, 2008 is rescheduled to March 06, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                                            Richard J. Holwell
                                        United States District Judge