UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

------------------------------------------------------------x

ROSELYN JOHNSON,    :    07 Civ. 06718 (RJH)

              Plaintiff,    :

-against-    :    **ORDER**

CATHOLIC CHARITIES TEMPLE CHURCH,    :

              Defendant.    :

------------------------------------------------------------x

      The pre-trial conference scheduled for March 06, 2008 is rescheduled to March 18, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
February 26, 2008
SO ORDERED:

                                            Richard J. Holwell
                                            United States District Judge