05/MAY. 29. 2008 11:17AM 129622664       JEFF L GREENUP ESQ       NO. 6095   P. 2/3
MAY. 15. 2008   2:21PM                                            NO. 6261   P. 3

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

ROSELYN JOHNSON,

         Plaintiff,

- against -

CATHOLIC CHARITIES COMMUNITY SERVICES, ARCHDIOCESE OF NEW YORK, (Individually and As Successor), PIUS XII-YOUTH AND FAMILY SERVICES, JOHN MANCUSO (Individually and As Agent of Employers), EVE KAGLE (Individually and As Agent of Employers), COLIN JARVIS (Individually and As Agent of Employers), PATRICE BEY (Individually and As Agent of Employers), and "JANE DOE" and "JOHN DOE" (Individually and As Agent of Employers), being any persons unknown,

         Defendants.

Case No. 07 CIV 6718 (RJH)

STIPULATION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties herein, that the Scheduling Order dated March 18, 2008 shall be modified as follows:

- The parties time to amend pleadings shall be extended to July 9, 2008;

- The deposition of plaintiff will commence on June 17, 2008 and continue until completed, and the depositions of defendants will commence on June 18, 2008, or after the completion of plaintiff's deposition; and

- The parties time to complete any currently outstanding written discovery shall be extended to June 5, 2008.

IT IS FURTHER STIPULATED AND AGREED that, for the purposes of this stipulation, facsimile signatures shall be deemed original signatures.

Dated: Hawthorne, New York
May 15, 2008

_____
Robert L. Lowe, Esq. (RL1987)
Jeff L. Greenup, Esq.
*Attorneys for Plaintiff*
205 West 137th Street
New York, New York 10030
(212) 862-8700
FAX (212) 862-2664

_____
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Jonathan R. Harwood (JH9060)
*Attorneys for Defendants*
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
FAX (914) 347-8898

**SO ORDERED**

Dated: New York, New York
28 day of May, 2008

_____
Richard J. Holwell
United States District Judge