

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSELYN JOHNSON,

        Plaintiff,

- against -

CATHOLIC CHARITIES COMMUNITY SERVICES, ARCHDIOCESE OF NEW YORK, (Individually and As Successor), PIUS XII-YOUTH AND FAMILY SERVICES, JOHN MANCUSO (Individually and As Agent of Employers), EVE KAGLE (Individually and As Agent of Employers), COLIN JARVIS (Individually and As Agent of Employers), PATRICE BEY (Individually and As Agent of Employers), and "JANE DOE" and "JOHN DOE" (Individually and As Agent of Employers), being any persons unknown,

        Defendants.

Case No. 07 CIV 6718 (RJH)

AMENDED STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties herein, that the Stipulation dated May 15, 2008 so ordered by this Court shall be modified as follows:

- The parties time to amend pleadings shall be extended to Wednesday, July 23, 2008;

- The deposition of plaintiff will commence on Tuesday, July 8, 2008 and Wednesday, July 9, 2008 and continue until completed at the office of defendants' counsel, and the depositions of JOHN MANCUSO, EVE KAGLE, COLIN JARVIS, PATRICE BEY and a representative of CATHOLIC CHARITIES COMMUNITY SERVICES will commence for the period of half a

day each defendant on July 10, 11, 14, and 15th at the law office of plaintiff's counsel; and

- The parties time to complete any currently outstanding written discovery shall be extended to Thursday, June 19, 2008.

IT IS FURTHER STIPULATED AND AGREED that, for the purposes of this stipulation, facsimile signatures shall be deemed original signatures and that both parties do not waive any of their rights or remedies under the law with regard to this amended stipulation.

Dated: Hawthorne, New York
June 12, 2008

_____
Robert L. Lowe, Esq. (RL1987)
Jeff L. Greenup, Esq.
*Attorneys for Plaintiff*
205 West 137th Street
New York, New York 10030
(212) 862-8700
FAX (212) 862-2664

_____
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Jonathan R. Harwood (JH9060)
Preetha P. Thomas (PT7322)
*Attorneys for Defendants*
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
FAX (914) 347-8898

SO ORDERED

Dated: New York, New York
       17 day of June, 2008

_____
Hon. Richard J. Holwell
United States District Judge