```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROSELYN JOHNSON,

              Plaintiff,                         07 Civ. 6718 (RJH)

      - against -

CATHOLIC CHARITIES COMMUNITY                ORDER
SERVICES, et al.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       At the pretrial conference held on August 7, 2008, the Court made the following rulings:

       1.      Plaintiff's deposition to be concluded on August 25, 2008.

       2.      Plaintiff may request leave to reopen the deposition of any of the four defendant witnesses upon a showing that counsel was unable to inquire into specific subjects during the previous deposition due to time constraints.

       3.      Defendants shall produce the requested personnel files and contracts by September 3, 2008.

       4.      The deposition of Catholic Charities by Mary Ellen Ros shall take place in the last two weeks of September.

       5.      All fact discovery, including third party depositions, shall be completed by September 30, 2008.

       6.      Plaintiff may move to amend her complaint and/or add new parties by October 1, 2008.

7.  Plaintiff will sign a release regarding her employment records.

8.  Plaintiff will sign a release regarding her medical records unless she withdraws in writing by August 21, 2008 any claims for emotional distress.

9.  Plaintiff's counsel will confirm in writing that all documents responsive to defendant's document requests have been produced.

10. Plaintiff's expert reports, if any, shall be produced by October 24, 2008; defendant's expert reports, if any, shall be produced by November 21, 2008; expert depositions to be completed by December 19, 2008.

11. A status conference shall be held on December 19, 2008 at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       August 8, 2008

_____
Richard J. Holwell
United States District Judge