UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

ROSELYN JOHNSON,

                 Plaintiff,

-against-

CATHOLIC CHARITIES COMMUNITY
SERVICES, et al.,

                 Defendants,

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6718 (RJH) (RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ *Specific Non-Dispositive Motion/Dispute:
_____

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:*
_____

_x_ *Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction). Purpose:
_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation):
_____

____ All such motions

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
        August 7, 2008

_____
Richard J. Holwell
United States District Judge