# TRAUB LIEBERMAN
## STRAUS & SHREWSBERRY LLP

NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com



RECEIVED
SEP - 3 2008
CHAMBERS OF
RICHARD J. HOLWELL

September 3, 2008

**VIA FACSIMILE**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

| | | |
|---|---|---|
| Re: | Matter : | *Roselyn Johnson v. Catholic Charities Community Services, Archdiocese of New York, et al.* |
| | Docket No. : | 2007 Civ. 6718 (RJH) |
| | Our File No. : | 333.0077 |

Dear Judge Holwell:

    This firm represents the defendants in connection with the above-referenced matter. On August 7, 2008, we appeared before your honor for a conference to resolve a number of outstanding discovery issues in the case. At the conference, your honor <u>ordered defendants to produce, by September 3, 2008, the contracts</u> regarding the ESP program and the Welfare to Work program and the personnel records, with redactions of irrelevant or confidential material, of those individuals who were transferred from Pius to Catholic Charities. Because we received the personnel records today, we need additional time to review and redact all confidential information contained therein. Also, due to the fact that Pius XII no longer exists, we have encountered some unforeseen difficulty in locating the contracts. As such, we submit this letter, <u>on consent of all parties, requesting that the time for defendants to produce the personnel records and contracts be extended to September 10, 2008.</u>

Thank you for your consideration of this matter.

Respectfully submitted,

Christopher Russo

SO ORDERED
[signature]
USDJ
9/3/08

cc: Robert Lowe, Esq. (via facsimile)